JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALTITUDE, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>VIAHART, LLC,<br><br>                Defendant. | Case No. 2:21-cv-08568-FLA (PVCx)<br><br>**ORDER DISMISSING ACTION [DKT. 45]** |

1

On November 11, 2022, Plaintiff Laltitude, LLC ("Plaintiff") and Defendant Viahart, LLC ("Defendant") filed a Stipulation to Dismiss Action ("Stipulation"), dismissing the action with prejudice, with each party to bear its own attorney's fees and costs. Dkt. 45. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: November 14, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2